AO91 (Rev. 12/03)   Criminal Complaint                                                                    AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**          **CRIMINAL COMPLAINT**
                vs.
                                                      Case Number: 1:20-po-558
Wilibaldo SUAREZ-Nunez
A213 451 610  Mexico

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __January 24, 2020__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title __8__ United States Code, Section(s) __1325(a)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on January 24, 2020. The defendant is a citizen of Mexico who entered the United States illegally by swimming across the Rio Grande River near Brownsville, Texas on January 24, 2020 thus avoiding immigration inspection.

The defendant had $200 Mexican pesos in his possession at the time of his arrest.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Peterson, Clayton E.  Border Patrol Agent
Signature of Complainant

Peterson, Clayton E.   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

January 25, 2020                                              at   Brownsville, Texas
Date                                                                City/State

Ignacio Torteya III           U.S. Magistrate Judge
Name of Judge                 Title of Judge                  Signature of Judge